UNITED STATES DISTRICT COURT

EASTERN DISTRICTOF NEW YORK

Tamuna Davitashvili,

Plaintiff

V.

Beacon Van Line and Storage, Inc.

Victor Sabach

Defendant

ANSWER/MOTION TO DISMISS

15 CV 5575 CBA-JO



1. Plaintiff was paid all commissions and hours worked including overtime when plaintiff did work.
2. Defendant paid more than the minimum wage when plaintiff did indeed work more than 40 hours a week.
3. Written Notice of wage rates is hang on the wall which explains the law, which every employee can see when they come in.
4. Not Sure
5. Not Sure
6. Not Sure
7. Not Sure Never asked where she lived before.
8. True
9. True
10. Not True, defendant Victor Sabach is a manager.
11. True
12. Sabach and Beacon are the defendants
13. Mm
14. It doesn't sound right (around $200,000) but I'm sure accountant can verify this information.
15. Interstate Moving (Broker)
16. Not True, Plaintiff started working around February 2015, Accountant can verify that as well and received a salary of $400 per week plus commissions and bonuses.
17. Written notice of wage rates was attached to the wall where all individuals are able to see. Plaintiiff was well aware of her pay prior to working with Beacon, plaintiff agreed to pay knowing the Wage Rate.
18. True
19. True
20. Not True
21. True
22. True

23. Plaintiff did receive more than time and a half according to Wage Law.
24. Not True
25. Not True
26. Not True
27. Not True
28. Plaintiff salary was $400 from February when plaintiff started to work and her lunch break was 1 hour.
29. Plaintiff was told that she need to give notice so we can clear up all the clientele plaintiff needed to attend. Plaintiff was advised when hired to provide at least 1 week notice so the company will not lose any monies on leads provided to her. After all plaintiff still received $700 for her balance owed.
30. Not True
31. Not True plaintiff was well aware of her salary and what the law is.
32. This is completely wrong plaintiff received more monies from salary, commissions and bonuses.
33. Not Sure what the penalties are.
34. Not True
35. Not Sure what that means.
36. No theft was done, plaintiff received all monies owed and more.
37. Not Sure what that means.
38. Not Sure
39. Not True plaintiff received more than the minimum wage.
40. Not True
41. Not True
42. Not Sure
43. Not True
44. Not Sure
45. Not Sure (NYLL&&2,190 and 651)
46. Not True
47. Nothing was violated, plaintiff received more than minimum wage when you calculate all salary + bonuses + commissions.
48. Not True
49. Not True
50. Plaintiff was never underpaid or taking advantage of, plaintiff pay was always on time never late and plaintiff received more than the minimum wage.
51. Not Sure
52. Plaintiff was a salesman and received all commissions owed!
53. All monies owed was paid in full.
54. Not Sure
55. Not Sure
56. Not True

57. Plaintiff should not be allowed any amount, this is a way for plaintiff to try act wrongfully towards individuals who help plaintiff in so many ways when needed.
58. Defendant requests to have this removed and dismissed where plaintiff is wrongfully accusing both Defendants.

- Why am I (Victor Sabach) being pursued/sued individually I am not the owner and it's a Corporation, doesn't the law protect owners/employees from any such things. I am asking for my name to be taking out from this law suit.

Dated: November 13, 2015

Sincerely,

*[signature]*

Victor Sabach

A courtesy copy was mailed to Mr. Alex Umansky,

Phillips & Associates

Attorneys At Law, PLLC

Victor Sabach
21231 NE 19 Ave.
Miami FL 33179

ATTN: Pro Se Office
United States District Court
Eastern District Of New York
225 Cadman Plaza East
Room #1185
Brooklyn NY 11201

UNITED STATES POSTAL SERVICE
Retail

0 Lb 3.70 Oz
Nov 13, 15
1158890120-20          1006

PRIORITY MAIL ®2-Day

Expected Delivery Day: 11/16/2015    C013

USPS TRACKING NUMBER

9505 5132 5289 5317 1192 81

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

PS00001000014    EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



FROM: Victor Sabach.
21231 NE 190 st.
Miami FL 33179

TO:
Eastern District of New York.
225 Cadman Plaza East.
            Room #1185
Brooklyn NY 11201



UNITED STATES POSTAL SERVICE.