

### PHILLIPS & ASSOCIATES
*Attorneys at Law*
45 BROADWAY, SUITE 620, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

December 1, 2015

**Via Facsimile (718) 613-2416 and First Class Mail**
Honorable Carol Bagley Amon
United States District Chief Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:     *Davitashvili v. Beacon Van Line & Storage, Inc., et ano*
              15-CV-5575(CBA)(JO)

Dear Judge Amon:

    Our office represents Plaintiff, Tamuna Davitashvili, in the above-captioned matter. We write now to advise the Court that the parties have reached a settlement that resolves this matter in its entirety.

    As the Court is aware, based on the Second Circuit decision in *Cheeks v. Freeport Pancake House, Inc.*, Docket No. 14-299-cv, 2015 U.S. App. LEXIS 13815 (2d Cir. 2015), settlement agreements pursuant to the FLSA must be approved by the Court. As such, Plaintiff respectfully requests that the Court So Order the enclosed agreement and file same under seal.

    We thank the Court for its assistance and consideration of this request.

                                          Respectfully submitted,

                                          **PHILLIPS & ASSOCIATES**
                                          **Attorneys at Law, PLLC**

                                          */s/ J. Maldonado*
                                          Jessenia Maldonado, Esq. (JM7811)
                                          45 Broadway, Suite 620
                                          New York, New York 10006
                                          Tel. (212) 248-7431
                                          jmaldonado@tpglaws.com

cc:    Mr. Victor Sabach - *Pro Se*
       21231 NE 19th Avenue
       Miami, Florida 33179

Enclosure