| | | | |
|---|---|---|---|
| UNITED STATES DISTRICT COURT | | CIVIL CONFERENCE | |
| EASTERN DISTRICT OF NEW YORK | | MINUTE ORDER | |
| | | | |
| BEFORE: | JAMES ORENSTEIN | DATE: | 2/11/2016 |
| | U.S. MAGISTRATE JUDGE | TIME: | 2:00 p.m. |

*Tamuna Davitashvili v. Beacon Van Line and Storage, Inc., et al.*
15-CV-5575 (CBA) (JO)

TYPE OF CONFERENCE:  Status

APPEARANCES:	Plaintiff	Jessenia Maldonado

	Defendant	Victor Sabach (*pro se*, by telephone)

SCHEDULING: The next telephone conference will be held on March 14, 2016, at 12:30 p.m.

SUMMARY: I discussed with the parties the concerns that would lead me to recommend against approval of the proposed settlement in its current form: the lack of information about attorneys' fees (which counsel disclosed was contemplated to be 40 percent of the $7,000 settlement amount, a rate that would be a further basis for me to recommend against approval); the lack of explanation as to why the settlement amount should be deemed a fair outcome; and the overbreadth of the release, confidentiality, and non-disparagement terms. The parties agreed to confer and submit a revised motion based on an amended settlement agreement.

					SO ORDERED

					_____/s/_____
					JAMES ORENSTEIN
					U.S. Magistrate Judge