

*Attorneys at Law*
45 BROADWAY, SUITE 620, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

April 14, 2016

Honorable James Orenstein
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: **Davitashvili v. Beacon Van Line & Storage, Inc., *et ano*.**
      **15-CV-5575(CBA)(JO)**

Dear Judge Orenstein:

  Our office represents Plaintiff, Tamuna Davitashvili, in the above-captioned matter. We write now to advise the Court that the parties have revised the terms of the settlement agreement that addresses the concerns raised by Your Honor at the conference held on February 11, 2016.

  As the Court is aware, based on the Second Circuit decision in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), settlement agreements pursuant to the FLSA must be approved by the Court. As such, Plaintiff respectfully requests that the Court So Order the enclosed agreement.

  Additionally, as the Court determines the equitableness of the attached settlement agreement, we respectfully request an adjournment of the status conference currently scheduled for April 15, 2016.

  We thank the Court for its assistance and consideration of this request.

                Respectfully submitted,

                **PHILLIPS & ASSOCIATES,**
                **Attorneys at Law, PLLC.**

                /s/
                Jessenia Maldonado

cc: Mr. Victor Sabach - *Pro Se*
   21231 NE 19th Avenue
   Miami, FL 33179

Enclosure