UNITED STATES DISTRICT COURT                     CIVIL CONFERENCE
EASTERN DISTRICT OF NEW YORK                     MINUTE ORDER

BEFORE:     JAMES ORENSTEIN                      DATE:     8/26/2016
            U.S. MAGISTRATE JUDGE                TIME:     10:00 a.m.

*Tamuna Davitashvili v. Beacon Van Line and Storage, Inc., et al.*
15-CV-5575 (CBA) (JO)

TYPE OF CONFERENCE: <u>Telephone</u>

APPEARANCES:     Plaintiff     <u>Steven Fingerhut</u>

                 Defendant     <u>Victor Sabach (*pro se*)</u>

SCHEDULING: There are no further conferences scheduled before me at this time.

SUMMARY: Notwithstanding repeated explanations by the court since March 2016, orally and in writing, that the proposed settlement cannot be approved in the absence of any demonstration that the settlement amount represents a fair outcome, the plaintiff's counsel has again sought approval for the proposed settlement without curing that defect. No later than August 29, 2016, the plaintiff's counsel shall submit a written motion for settlement approval that explains the fairness of the proposed disposition. Should counsel fail to comply, I will afford counsel an opportunity to show cause why the case should not be dismissed for failure to prosecute and a sanction imposed on counsel that will indemnify the plaintiff for any prejudice arising from counsel's errors. I respectfully direct the plaintiff's counsel to immediately provide a copy of this minute order to both the plaintiff and Mr. Sabach.

                                        SO ORDERED

                                        _____/s/_____
                                        JAMES ORENSTEIN
                                        U.S. Magistrate Judge